

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2017

No. 04-17-00123-CV

Geoffrey Scott **CURTIN**,
Appellant

v.

Laureen Ellen **POINDEXTER** and Luke Casillas, LLC d/b/a Dents & Dings,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI00537
Honorable Renée Yanta, Judge Presiding

## O R D E R

Appellant's unopposed motion for extension of time to file appellant's brief is GRANTED. Appellant's brief is due to be filed no later than August 23, 2017. Additionally, Appellant and Appellee's Joint Motion to Increase Briefing Page Limit to 50 Pages is GRANTED. Appellant's and Appellee's briefs are each limited to fifty pages, in the event that either brief exceeds the allowances set forth in Rule 9.4 (i)(2)(B). *See* TEX. R. APP. P. 9.4(i)(2)(B).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk